My name is Kaira Harrison I am writing because I am having issues with the facility I am currently housed in. I reside at Montana Women's Prison, in Billings, MT 59101.
I am wanting to join in on the law suit in regards to issues within the prison I have sent kites to the Administration staff within the facility to try and seek help for the issues and have not got a response to kites nor adequate results

My 8th Admendment Cause 42: 1983 Prisoner Civil Rights along with My 1st and 6th Amendments

I have exhausted as much of the Administration staff within this facility along with attempting to contact the DOC director in Helena, Mt and then got told by inmate services the address needed to be taken down as we (inmates) are not to be wrting there or contacting that building. I fear retalitaion within this facility among staff. Inmates are accused of lying all the time and we dont speak or tell the truth, or else we would not be here is what we get told from officers, Lt and so on.

I would like to be included in Ms.Schimming's report of the facility wide issues. Also I have dealt with alot of the other issues within the list and can verify more of it also. Along with how they hide things and try to sweep issues under the rug like incidents dont happen.

I am enclosing this letter with Ms.Schimming paperwork. These things that have occured while I've been incarcerated; and continue to occur. Alot of the issues deal with long term health and could cause health concerns and safety concerns also.

I would greatly appreciate your help in filing this lawsuit, thanks for your time in this matter.

Sincerely,

Kaira Harrison